# United States Court of Appeals
## For the First Circuit

No. 03-1905

PRIDE HYUNDAI, INC., BLACKSTONE SUBARU, INC., d/b/a PRIDE
HYUNDAI OF SEEKONK, PRIDE DODGE, INC., and PRIDE CHRYSLER-
PLYMOUTH, INC.,

Plaintiffs, Appellants,

v.

CHRYSLER FINANCIAL COMPANY, L.L.C.,

Defendant, Appellee.

ERRATA SHEET

The opinion of this Court issued on May 27, 2004 is amended as follows:

On Page 3, line 21-22, "2001 amendments or Official Commentary" should be changed to "Official Commentary to the 2001 amendments"